Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Keith Charles Harrison
)
) Case No. _____
)           (to be filled in by the Clerk's Office)
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See attached
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Keith Charles Harrison
- All other names by which you have been known:
- ID Number: 3005418
- Current Institution: Cross Road Correctional Center
- Address: 50 Cross Road Drive
  - City: Shelby
  - State: MT
  - Zip Code: 59474

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Crossroads Correctional Center
- Job or Title (if known): Corporation
- Shield Number:
- Employer:
- Address: 50 Cross Road Drive
  - City:
  - State:
  - Zip Code:
- [ ] Individual capacity  [X] Official capacity

Defendant No. 2
- Name: Mr. Godfrey
- Job or Title (if known): Warden
- Shield Number:
- Employer: Cross roads Correctional Center
- Address: 50 Cross Roads Drive
  - City: Shelby
  - State: MT
  - Zip Code: 59474
- [ ] Individual capacity  [X] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Nurse John and Jane Doe 1-99
Job or Title *(if known)*: Nurse
Shield Number: N/A
Employer: Cross Roads Correctional Center
Address: 50 Cross Drive Shelby
Shelby, MT 59474
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Cross roads Correctional Center Staff 1-99
Job or Title *(if known)*:
Shield Number:
Employer: Cross roads Correctional Center
Address: 50 Cross Road Drive
Shelby, MT 59474
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment Cruel and unusual punishment, 14th Amendment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Happened in Shelby Montana at the Crossroad Correctional Center. Staff ignored that inmate would and did assault me and medical keep giving me wrong meds See attached*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*None*

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*7.21.24 - doubling dose on meds In RHU*
*8.4.24 - assaulted by inmate in J-Pod*
*8.24.24 - assaulted again by 2 inmate Hallway*
*7.25.24 - weight loss 30 lbs in month*
*9.22.24 - missing Property*
*Crossroad Correctional Center Shelby MT*

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

7·21·24   8·4·24   9·22·24
7·25·24   8·24·24

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted mutiple times, my medication getting messed up Blood pressure Dropped low Staff at Crossroad correctional center has done Nothing to stop or help. Cameras Other staff at Crossroads correctional Center.

See attachment

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

For the fight no Long lasting injurys Physicaly but Emotional damage mental Health damage, Anxiety, Fear, and stress

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive damages $80,000.00 For Emotional damages, mental Health damages and failure to keep me safe.
nominal Damages

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Cross Road Correctional Center.
Shelby Montana
50 Cross Road Drive Shelby mt 59474

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?
all Claims

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

Cross Roads Correctional center

2. What did you claim in your grievance?

1) Faliure to keep me safe
2) Faliure to Regulat my medication

3. What was the result, if any?

1) No result
2) Full investagation

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

1) The time to file ran out
2) Grievance Complet make it to Grievance process Number

Page 7 of 11

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I'm formd Correctional Counslier Lester on 5·31·24 and 6·6·24 when I was in RHU. Unit manger marks around same time. No response from the moved to where the assault who happen Other Correctional officers knew and Did nothing.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed grievances I talk to mulip staff about safty and my medication.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) __N/A__
   Defendant(s) __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*
   __N/A__

3. Docket or index number
   __N/A__

4. Name of Judge assigned to your case
   __N/A__

5. Approximate date of filing lawsuit
   __N/A__

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __N/A__

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12·4·24

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Keith Charles Harrison
Prison Identification #: 3005418
Prison Address: 50 Cross Road Drive
Shelby       MT    59474
City         State  Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                    City       State      Zip Code

Telephone Number
E-mail Address

Page 11 of 11

Defendants
CrossRoads Correctional Center
Warden Godfrey
Nurse John Doe, 1-99
Nurse Jane Doe, 1-99
CrossRoads Correctional Center Staff:
Captins: John and Jane Doe, 1-99
Lieutenants: John and Jane Doe, 1-99
Sergeants: John and Jane Doe, 1-99
Correctional Counslers: John and Jane Doe, 1-99
Correctional Officers: John and Jane Doe, 1-99

## II Basis For Jurisdiction

D. Where it happened: At Crossroads Correctional Center in Shelby, Montana Tool County
When did it happen: July - September of 2024.
What happened: The First incident happened on July 21, 2024 the morning nurse for the past four day was giving me (Keith Charles Harrison) Doubl dose of Lasinapril 40 mgs a High Blood pressure med. I (Keith Charles Harrison) was Suppost to recieve 1 dose of 40 mgs of the High Blood pressure med. I (KCH) told the nurse about this and wrote a informal Grievance and Step 2 Grievance on the problem was told "you don't have to take your meds" This has been a reaccuring problem for me (KCH) in the Restricted housing unit.
The Second incident happened on July 25, 2024 I (KCH) have Lost around 30 lbs in one month talk to medical staff they will keep on eye on it Nothing ever happened with it I (KCH) filed a informail Grievance told talk with provider when he does his walk threw.
Third incident happened on 8.4.24 I refused housing for my Safty I had threats of harm to me by other inmates if I stayed in J pod or G H pod (High Side)

1

at Cross Roads Correctional Center I told staff Unit manger marks Correctional Counsler Lester. I had face to face talks and wrote kite to C.C. Lester. I was placed in J-pod where I got assaulted by two inmates. I had to refuse house again Other Correctional Officers knew of the threat against me and still put me in harms way. Forth Incident happened 2 or 3 weeks after the assault by two inmate went to medical to check my Blood pressure on the way out H-pod was coming Back instead of keeping me in medical Central "popped" the Door I was in the Hallway when I was attacked again by another inmate C.O. Fisher was there used O.C. spray when another inmate tryied to attack me.

Fifth Incident happened on 9-22-24. I had about $9.88 worth of property Stolen from me when I came to Restricted Housing Unit wrote a informal Greivance, Greivance, and Greivance to Warden the chain of command was Broken when C.C.C. failed to Succure my property.

Sixth Incident happen in September while I was in the restricted housing unit Blood pressure Dropped Dangersly Low 71/50 because of the meds I was

2.

on.
Official knows and disregards an excessive risk to my health and safty.
Medical staff have shown over and over deliberate indifference when it comes to my medical needs Prison offical failed to exercise reasonable care in preventing prisoner from intentionally harming other or from creating an unreasonable risk from harm.

8th Amendent violation Cruel and unusal Punishment

14th Amendent violation that is, that deprived of liberty without Due process, through the defendant's failure to prevent an attack by another inmates

Medical staff have shown, grossly inadaquate medical care and procedures.

3