## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

_____

KEITH CHARLES HARRISON,                    JUDGMENT IN A CIVIL CASE

                                           CV 24-112-GF-BMM

                Plaintiff,

vs.

CROSSROADS CORRECTIONAL
CENTER, et al.

                Defendants.

_____

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of February 25, 2025 (Doc. 9), this action is DISMISSED without prejudice for failure to pay filing fee.

     Dated this 31st day of March, 2025.

                TYLER P. GILMAN, CLERK

                By: /s/ T. Gesh
                T. Gesh, Deputy Clerk